Small v. Ludlow.

WILSON SMALL *v.* PETER G. LUDLOW and others.(*a*)

The argument of a demurrer, on which a final judgment is rendered, is a trial, and the successful party may have an extra allowance where the case is difficult or extraordinary.

But this rule does not apply to a decision upon a demurrer noticed as frivolous and so adjudged.

APPEAL by defendants from an order denying a motion for an extra allowance. In this case the defendants demurred to the complaint. The demurrer was sustained, and judgment ordered for the defendants, with leave to the plaintiff to amend. From this order the plaintiff appealed, and it was affirmed on

(*a*) See *ante*, p. 189.

appeal.(a) The defendants then moved for an extra allowance. The motion was denied. The judge denying the motion granted a certificate, giving the defendants leave to appeal, under a rule of this court, adopted March 22d, 1854, and the defendants appealed accordingly.

*Schell, Slosson and Hutchins*, for the appellants.

*A. C. Morris*, for the respondent.

DALY, J.—The argument of a demurrer on which a judgment is rendered, which is a final disposition of the action, is a trial. A trial is a judicial examination of the issues between the parties, whether of *law* or fact. § 252. A demurrer involves an examination and decision of the issues, and where it is followed by a judgment, which disposes of the case, the argument must be regarded as a trial. An argument upon a demurrer, noticed as frivolous, is not a trial, because if the judge does not see that the demurrer is frivolous, he makes no decision upon the issues. *Rochester Bank* v. *Rapelje*, 12 How. 26. It is merely a motion to get rid of a frivolous pleading. *Gould* v. *Carpenter*, 7 ibid. 97. But a demurrer not frivolous raises an issue of law, and the argument of it is the trial of an issue of law. *Hendricks* v. *Buck*, 2 Abbott, 360. There may be some doubt, perhaps, whether it may be regarded as a trial, where liberty is given to amend. But in this case the plaintiff did not avail himself of that liberty, but appealed to the general term, and the defendant had judgment. It must, therefore, be regarded as a trial, and the case was one entitling the defendant to an extra allowance.

Order Appealed from reversed, and an extra allowance granted.

(a) See decision reported *ante*, page 189.